*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>    James Carroll  )<br>  )<br>  )<br>Debtor(s).  )<br>  )<br>  ) | Case No. 24–10538–amc<br><br>Chapter: 13 |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 20, 2024, this case is hereby DISMISSED.

**Date: March 7, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Matrix List of Creditors
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2 – If Applicable
Chapter 13 Plan
Physical Street Address
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities