UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: James L. Carroll | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | | Bankruptcy No. 24-10538 |
| | : | |

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on March 16, 2024 a true and correct copy of Debtor's Motion for Reconsideration of Order was served upon the Chapter 13 Trustee, the US Trustee, and all other interested parties by electronic service, email, or first class mail

/s/ james mcgarrity

1500 JF Kennedy Blvd suite 405

Phila PA 19102  215-564-1951