UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JAMES CARROLL<br><br>            Debtor | Chapter 13<br>Bankruptcy No.24-10538-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of September, 2024, by first class mail upon those listed below:

JAMES CARROLL
6704 DICKS AVENUE
PHILADELPHIA, PA  19142

**Electronically via CM/ECF System Only:**

JAMES P MC GARRITY ESQ
TWO PENN CENTER - SUITE 405
1500 JFK BOULEVARD
PHILADELPHIA, PA  19102

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee